SECOND DEPARTMENT, SEPTEMBER, 1974

(September 24, 1974)

In the Matter of RALPH PRESSMAN, Petitioner, v. WILLIAM R. GEILER, as a Justice of the Supreme Court, Suffolk County, Respondent.— Proceeding pursuant to article 78 of the CPLR to compel the respondent to disclose to the petitioner *inter alia,* the basis in statute and decision for his determinations on certain legal and factual questions which came before him and for other related relief. Proceeding dismissed, without costs. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Munder, JJ., concur.